# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PROMUNDO-US,

      Plaintiff,

      v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,**

      Defendants.

Case No. 18-cv-2261 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [14] Defendants' Partial Motion to Dismiss is GRANTED.  It is further

**ORDERED** that [21] Plaintiff's Motion for Expedited Summary Judgment and a

Preliminary Injunction is DENIED AS MOOT.

This is a final appealable Order.

**SO ORDERED.**

Date: <u>July 18, 2019</u>

_____
CHRISTOPHER R. COOPER
United States District Judge